United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH WILLIAMS SPN #03157995, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-25-1365 |
| A. SCOTT, et al., | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice**.

**SIGNED** at Houston, Texas, on this 14th day of April, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE